EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                              | 2015 TSPR 94    |
|-------------------------------------|-----------------|
| Arquímides A. Gierbolini Rivera     | 193 DPR ____    |

Número del Caso: TS-17,338

Fecha: 19 de junio de 2015

Abogado del Peticionario:

        Lcdo. Hiram Morales Lugo

Materia: Conducta Profesional – Suspensión provisional del ejercicio de la abogacía y la notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In Re:

Arquímides A. Gierbolini Rivera            TS-17,338

RESOLUCIÓN

En San Juan, Puerto Rico, a 19 de junio de 2015.

Examinada la *Comparecencia Especial en Solicitud de Suspensión Provisional* presentada por el Lcdo. Arquímedes A. Gierbolini Rivera el 21 de mayo de 2015, se ordena su suspensión provisional del ejercicio de la abogacía.

Se ordena al Alguacil General de este Tribunal incautarse del sello y de la obra notarial del licenciado Gierbolini Rivera debiendo entregar los mismos al Director de la Oficina de Inspección de Notarías para el trámite pertinente.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez no intervino.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo